Argued December 17, affirmed December 27, 1976, reconsideration denied February 2, petition for review denied March 15, 1977

## STATE OF OREGON, *Respondent,*
### *v.*
## RICHARD LEE CALDWELL, *Appellant.*
### (No. 20244, CA 6602)
557 P2d 257

Gary D. Babcock, Public Defender/*Gary L. Hooper,* Deputy Public Defender, Salem, for appellant.

W. Michael Gillette, Solicitor General/*John W. Burgess,* Assistant Attorney General, Salem, for respondent.

Before Schwab, Chief Judge, and Fort and Tanzer, Judges.

PER CURIAM.

Affirmed. *State v. Penney,* 242 Or 470, 410 P2d 226 (1966).